ACCEPTED
01-15-00088-cv
FIRST COURT OF APPEALS
HOUSTON, TEXAS
3/12/2015 3:38:25 PM
CHRISTOPHER PRINE
CLERK

NO. 01-15-00088-CV

IN THE

FIRST DISTRICT COURT OF APPEALS
HOUSTON, TEXAS

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
3/12/2015 3:38:25 PM
CHRISTOPHER A. PRINE
Clerk

ROLAND MOUTON, JR. and DELORIAN MORGAN JONES,

APPELLANTS

V.

CHRISTIAN FAITH MISSIONARY CHURCH (AS ENTITY), CLARENCE ANDREWS, MARVIN NIXON, WALTER ERVIN, COREY WILSON, MARVIN RAUSAW, PRESTON COOK, and CHISTOPHER DOUGLAS, APPELLEES

Appealed from the 127th District Court of Harris County, Texas.

FIRST MOTION FOR EXTENSION OF TIME
TO FILE APPELLANTS' BRIEF

TO THE HONORABLE FIRST COURT OF APPEALS:

Pursuant to TEX. R. APP. P. 10.1 and 38.6(d), the Appellants, Roland Mouton, Jr. and Delorian Morgan Jones, file this First Motion to Extend Time to File Appellants' Brief.

Appellants' opening brief is currently due on March 30, 2015.

Counsel for Appellants request a 14-day extension of time to file their brief, making the brief due on April 13, 2015. This is the first request for extension of time to file the opening brief.

Counsel for Appellants rely on the following reasons, in addition to the routine matters that counsel must attend to in daily practice, to explain the need for the requested extension:

Counsel for Appellants have only obtained a copy of the record as of March 9, 2015, and in order to present as succinct and cogent a case as possible to this Court, Appellants require time to more thoroughly review the record.

Additionally, Nathan Prihoda, counsel for Appellants, has a vacation letter on file for the week of March 16-20, 2015, which vacation letter has been on file for several months.

Counsel for Appellants seek this extension of time to be able to prepare a cogent and succinct brief to aid this Court in its analysis of the issues presented. This request is not sought for delay but so that justice may be done.

The undersigned has conferred with opposing counsel, and she has indicated that her clients oppose this motion.

All facts recited in this motion are within the personal knowledge of the counsel signing this motion, therefore no verification is necessary under Rule of Appellate Procedure 10.2.

## PRAYER FOR RELIEF

For the reasons set forth above, Appellants request that this Court grant this First Motion to Extend Time to File Appellants' Brief and extend the Deadline for Filing the Appellants' Brief up to and including April 13, 2015. Appellants request all other relief to which they may be entitled.

Respectfully submitted,

HOLMES, DIGGS & EAMES, PLLC

**JUDITH B. SADLER**
Texas Bar No. 17511850
**NATHAN PRIHODA**
State Bar No. 24068070
14701 St. Mary's Lane, Suite 315
Houston, Texas 77079
Tel. (713) 877-8111
Fax. (713) 877-8188
Email: jsadler@holmesdiggs.com

AND

LAW OFFICES OF RUSSELL C. DUCOFF

**Russell C. Ducoff**
Texas Bar No. 06158500
4615 Southwest Freeway, Suite 500
Houston, Texas 77027
Tel: (713) 655-8750
Fax: (866) 369-5413
**Attorneys for Appellants, Roland Mouton, Jr.
and Delorian Morgan-Jones**

## Certificate of Conference

I certify that my office has conferred with Bobbie Young via e-mail and via telephone on March 10 and March 12, 2015, and she stated that she and her clients would be opposed to "anything that delays" the resolution of this matter.

_____
Nathan Prihoda

## Certificate of Service

I certify that a true copy of the above was served on each attorney of record or party in the manner specified below on March 12, 2015.

*Via Facsimile: 713-780-7778; and*
*Via E-Mail: byounglaw@sbcglobal.net*
Bobbie Young
Attorney and Counselor at Law
6161 Savoy, Suite 1019
Houston, Texas 77036

_____
Nathan Prihoda